IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DESMOND DEWAYNE MARTIN                                                    PLAINTIFF

V.                                    NO.  4:07cv01184 SWW

KARL BYRD, et al                                                          DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.[1]  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's case is hereby dismissed in its entirety, without prejudice.  All pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.  Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 10th day of March 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Mail sent to plaintiff was returned to the Clerk's Office as undeliverable.  See docket entry 8.